UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. MICHAEL WEBB, CRIM. NO. 25-204 (ESK)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          (   ) Ad Testificandum

1. **MICHAEL WEBB, Commitment No. 345544, FBI No. 725072KB3** (hereinafter the "Detainee") is now confined at the Camden County Jail, Camden, New Jersey.

2. The Detainee is

    charged in this District by: ( X ) Indictment     (   ) Information     (   ) Complaint
    with violation of 18 USC § 922 (g)(1).

3. The Detainee will

    return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required before the **Hon. Edward S. Kiel, U.S. District Judge**, on **Tuesday, January 6, 2026** at **2:00 p.m.** for a **Competency Hearing**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:   December 3, 2025

*s/ Josephine Park*
JOSEPHINE PARK
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: December 3, 2025

_____
Hon. Matthew J. Skahill, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Camden County Jail:

WE COMMAND YOU that you have the body of

**MICHAEL WEBB, Commitment No. 345544, FBI No. 725072KB3,**

now confined at the Camden County Jail, Camden, New Jersey. The Detainee will be required before the **Hon. Edward S. Kiel, U.S. District Judge**, on **Tuesday, January 6, 2026 at 2:00 p.m.** for a **Competency Hearing**, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

WITNESS the Honorable Matthew J. Skahill
United States Magistrate Judge
Camden, New Jersey.

DATED: December 3, 2025

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk